UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHONDA L. HARRIS,

        Plaintiff,

-against-

THE YONKERS DEPARTMENT OF SOCIAL SERVICES/OTDA/OAH,

        Defendants.

19-CV-4626 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued January 10, 2020, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 10, 2020
        New York, New York

                                                        Louis L. Stanton
                                                            U.S.D.J.